IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JUAN JOSE ESTRADA LOPEZ,<br><br>Petitioner,<br><br>vs.<br><br>MICHAEL J.D. SMITH, ET AL.,<br><br>Respondents. | CV. NO. 26-00011 MWJS-WRP<br><br>ORDER OF RECUSAL |

## ORDER OF RECUSAL

To avoid the appearance of impropriety, a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all further proceedings in this case. This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: January 14, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge